# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH RAUL GARCIA RODRIGUEZ,
Appellant,
vs.
ZOILA LEON-YANEZ,
Respondent.

No. 85289

FILED

SEP 1 3 2022

CLERK OF ___ ___
BY ___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on September 8, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: ___

cc:  Hon. Charles J. Hoskin, District Judge, Family Court Division
Joseph Raul Garcia Rodriguez
Law Offices of Romeo R. Perez, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-31005